## EXHIBIT "A"

IN RE: § Case No. 03-33511-H2-7
§
**NEW DIRECTIONS CLUB, INC.,** § (Chapter 7)
§
DEBTOR. §

| Name & Address | Claim No. | Check # | Amount |
|---|---|---|---|

_____ Small Dividends


__X__ Unclaimed Dividends

Ck #5197      Claim #1
Jake's Inc.
PO Box 200737
Houston, Texas 77216-0737
            $1,753.55

Ck #5212      Claim #23
Reliant Energy
PO Box 1409
Houston, Texas 77251-1409
            $1,446.92

Ck #5213      Claim #24
Stargel Office Systems
1220 Blalock, Suite 100
Houston, Texas 77055
            $53.72

Ck #5212      Claim #26
Skytell Communications
PO Box 22809
Jackson, MS 39225
            $15.12

Ck #5224      Claim #46
Morse Wholesale Paper Co.
3302 Canal Street
Houston, Texas 77003
            $126.48

Ck #5231      Claim #59
Affiliated Systems Corp.
3104 Edloe #330
Houston, Texas 77027-6038
            $298.31


            Total Unclaimed Dividends                               n/a

            Total Small & Unclaimed Dividends        $ 3,694.10