

ENTERED
06/03/2010

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

In Re: New Directions Club, Inc.   §          Case No. 03 - 33511
§
§
§                    #218
§
Debtor(s).                        §

### Order for Payment of Unclaimed Funds

Upon the application of __RRI Energy Inc.__ ,

seeking payment of $ 1,446.92 representing funds previously unclaimed by

__Reliant Energy Inc.__

a creditor or debtor in the above-entitled case, and it appearing from the application and

supporting documentation that __RRI Energy Inc.__ is entitled to

the unclaimed funds, it is

Ordered that the Clerk pay $ 1,446.92 to:

__RRI Energy Inc.__

Signed this 2d day of __June__, 2010

_____
United States Bankruptcy Judge