**EXHIBIT "A"**

| IN RE: | § | Case No. 03-33511-H2-7 |
| --- | --- | --- |
| | § | |
| **NEW DIRECTIONS CLUB, INC.,** | § | (Chapter 7) |
| | § | |
| DEBTOR. | § | |

| Name & Address | Claim No. | Check # | Amount |
| --- | --- | --- | --- |

_____ Small Dividends

__X__ Unclaimed Dividends

|  | Claim No. 61<br>Renaissance Consulting FMC<br>6425 S. IH-35, Suite 105<br>PMB 217<br>Austin, Texas 78744 | Ck #5242 | $ 35.12 |
| --- | --- | --- | --- |
|  | Total Unclaimed Dividends | | n/a |
|  | Total Small & Unclaimed Dividends | | $ 35.12 |